entered as directed in opinion.    Appeal from order denying motion to send the case back to the referee, dismissed, without costs.

Opinion by BARRETT, J.

### JOSEPH KOHN v. JOSEPH M. KOEHLER.

Motion granted, and leave to appeal to the Court of Appeals given.

### FREDERICK BEDFORD v. THOMAS C. FIELDS AND OTHERS.

Motion denied, with $10 costs.

### JOHN S. PROUTY v. RODNEY M. WHIPPLE.

Motion for re-argument denied.

### JOHN S. PROUTY v. THE LAKE SHORE & MICHIGAN SOUTHERN RAILROAD COMPANY.

Motion for re-argument denied.

### LOUIS E. HOWARD AND OTHERS, APPELLANTS, v. JOSEPH PARK AND OTHERS, RESPONDENTS.

Order reversed, with $10 costs, and disbursements.
Opinion PER CURIAM.

### JOHN H. HARDT AND OTHERS, APPELLANTS, v. HERMAN SCHULTING, RESPONDENT.

Order affirmed, with $10 costs, and disbursements.
Opinion by DAVIS, P. J.

### HENRY CLARKE v. JULIUS LOURIE.

Order affirmed, with $10 costs, and disbursements.
Opinion by DANIELS, J.

### IN THE MATTER OF JAMES A. DEERING (RESPONDENT), TO VACATE AN ASSESSMENT, ETC.

Order reversed, with $10 costs, and disbursements, and application denied.   (See opinion in the Matter of Fuller, and *per curiam*, in the Matter of Schreven and Schultz, handed down July 1, 1880.)